THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BARKSDALE, Appellant.

Submitted February 6, 2012; decided February 9, 2012

Reported below, 2011 NY Slip Op 72276(U).

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE BRADLEY, Appellant.

Submitted January 23, 2012; decided February 9, 2012

Reported below, 83 AD3d 1444.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD M. DOVE, Appellant.

Submitted January 17, 2012; decided February 9, 2012

Reported below, 89 AD3d 1153.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted January 9, 2012; decided February 9, 2012

Reported below, 72 AD3d 544.

Motion to supplement pro se appendix granted.